1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/444-5800
4  Facsimile:    415/444-5805

5  Attorneys for Plaintiff CRAIG YATES

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9  CRAIG YATES, an individual,            )    **CASE NO. CV-10-5687-EMC**
                                          )
10         Plaintiff,                     )    **PLAINTIFF'S REQUEST FOR**
                                          )    **TELEPHONIC APPEARANCE; AND**
11 v.                                     )    **[~~PROPOSED~~] ORDER THEREON**
                                          )
12 AMBROSIA PIZZA; SHOPS at               )
   MAGNOLIA LLC, a Nevada Limited         )     DENIED
13 Liability Company; SHOPS at            )
                                          )
14 MAGNOLIA II LLC, a California Limited   )
   Liability Company; and MARK DAVID      )
15 LESLEY, an individual dba AMBROSIA      )
   PIZZA,                                 )
16                                        )
17         Defendants.                    )
                                          )
18 _____ )

19

20

21        Plaintiff CRAIG YATES, an individual, through his undersigned counsel, hereby submits

22 this request for telephonic appearance at the Case Management Conference currently scheduled for

23 August 10, 2011 at 1:30 p.m. in courtroom C, 15th Floor before the Honorable Edward M. Chen.

24 ///

25 ///

26 ///

27 ///

28 ///

**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE; AND  [PROPOSED] ORDER THEREON      CV-10-5687-EMC**

1    Plaintiff makes this request to reduce further costs.   However, if the court requests counsel

2  for the plaintiff to appear in person then counsel for the plaintiff will appear.

3

4                                              Respectfully submitted,

5  Dated: August 9, 2011                       THOMAS E. FRANKOVICH,

6                                              *A PROFESSIONAL LAW CORPORATION*

7

8                                              By: ___/s/Thomas E. Frankovich_____

9                                                   Thomas E. Frankovich

10                                             Attorneys for Plaintiff CRAIG YATES, an individual

11

12                                    **ORDER**

13                                                             shall appear in person at the

14    **IT IS HEREBY ORDERED** that counsel for plaintiff CRAIG YATES ~~may attend the~~

15  Case Management Conference set for August 10, 2011 at 1:30 p.m. telephonically.

16

17

18  Dated: _____8/9_____, 2011     By:_____

19                                         HONORABLE ED~~~~

20                                         UNITED S~~~~                DENIED

21

22                                                      Judge Edward M. Chen

23

24

25

26

27

28

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE; AND  [PROPOSED] ORDER THEREON        CV-10-5687-EMC

2