1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff CRAIG YATES

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9  CRAIG YATES, an individual,          )    **CASE NO. CV-10-5687-EMC**
                                        )
10        Plaintiff,                    )    **STIPULATION TO CONTINUE THE**
                                        )    **FURTHER CASE MANAGEMENT**
11  v.                                  )    **CONFERENCE; and [PROPOSED]**
                                        )    **ORDER THEREON**
12  AMBROSIA PIZZA; SHOPS at            )
    MAGNOLIA LLC, a Nevada Limited      )
13  Liability Company; SHOPS at         )
    MAGNOLIA II LLC, a California Limited )
14  Liability Company; and MARK DAVID   )
    LESLEY, an individual dba AMBROSIA  )
15  PIZZA,                              )
                                        )
16                                      )
                                        )
17        Defendants.                   )
                                        )
18  _____)

19

20        It is hereby stipulated by and between the parties hereto through their respective counsel

21  that the court may continue the Further Case Management Conference that is currently scheduled

22  for Monday, November 7, 2011 at 10:30 a.m.

23        1.    **Whereas**, plaintiff requested notice of need for mediation on August 2, 2011 and

24  the above-mentioned caption matter was initially referred to mediation on August 5, 2011; and

25        2.    **Whereas**, on August 10, 2011, a Case Management Order was issued; and

26        3.    **Whereas**, pursuant to the Judge's Order on August 10, 2011, the parties were to

27  conduct the mediation within sixty (60) days (the parties were to have the mediation completed

28  by October 10, 2011); and

STIPULATION TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE; and
[PROPOSED] ORDER THEREON                                          CV 10-5687-EMC

1    4.    **Whereas**,  initially, the ADR Case Administrator on August 25, 2011, appointed

2    Stephen Liacouras as Mediator, and on August 30, 2011 he was vacated; and

3    5.    **Whereas**, on August 31, 2011, the ADR Case Administrator reassigned this case

4    to Todd Boley as the Mediator in the above-mentioned caption matter; and

5    6.    **Whereas**, the parties conducted the pre-mediation teleconference on September

6    29, 2011.  However, due to scheduling conflicts, the parties were unable to have the mediation

7    on or before October 10, 2011, as per the Order.  The parties have agreed on a mutual date to

8    conduct the mediation which is currently set for Tuesday, November 15, 2011 at 10:00 a.m.; and

9    7.    **Whereas**, after the mediation on November 15, 2011, plaintiff's counsel Thomas

10   E. Frankovich has committed to moving a portion of his office and his primary residence to

11   Mazatlan, Mexico and will be out of the country November 21, 2011 through December 7, 2011

12   and December 19, 2011 through January 9, 2012; and

13   8.    In light of the above, the parties wish to preserve the court's resources by avoiding

14   an unproductive Case Management Conference and by deferring the Case Management

15   Conference to sometime after January 16, 2012, will allow the parties sufficient time to try and

16   resolve the above-action at the mediation.

17   **IT'S SO STIPULATED.**

18

19                                              Respectfully submitted,

20   Dated: November 1, 2011                    THOMAS E. FRANKOVICH,
                                                 *A PROFESSIONAL LAW CORPORATION*

21

22

                                                 By: ___/s/Thomas E. Frankovich_____
23                                                    Thomas E. Frankovich
                                                 Attorneys for Plaintiff CRAIG YATES
24

25   ///

26   ///

27   ///

28   ///

STIPULATION TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE; and
[PROPOSED] ORDER THEREON                                         CV 10-5687-EMC        2

1  Dated: November 1, 2011          MARTIN H. ORLICK, ESQ.,
2                                   **Jeffer, Mangels, Butler & Marmaro LLP**
3
4                                   By:_____/s/Martin H.Orlick_____
                                        Martin H. Orlick
5                                   Attorneys for Defendant MARK DAVID LESLEY,
                                    an individual dba AMBROSIA PIZZA
6
7  Dated: November 1, 2011          DANA M. ANDREOLI
                                    **STEYER LOWENTHAL BOODROOKAS**
8                                   **ALVAREZ & SMITH LLP**,
9
10                                  By:_____/s/Dana M. Andreoli_____
                                        Dana M. Andreoli
11                                  Attorneys for Defendants SHOPS at MAGNOLIA
12                                  LLC, a Nevada Limited Liability Company; SHOPS
                                    at MAGNOLIA II LLC, a California Limited
13                                  Liability Company
14

15                               **ORDER**

16     **IT IS SO ORDERED** that the further Case Management Conference set for November 7,

17  2011 at 10:30 a.m., is continued to ____January 27____, 2012, at____10:30____a.m./~~p.m.~~

18  The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the

19  Conference.

20

21  Dated: _____11/2_____, 2011     _____

22                                  Honor                IT IS SO ORDERED
                                    United               AS MODIFIED
23
24                                                        Judge Edward M. Chen
25
26
27
28

STIPULATION TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE; and
[PROPOSED] ORDER THEREON                                    CV 10-5687-EMC        3