1 THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2 THOMAS E. FRANKOVICH (State Bar No. 074414)
4328 Redwood Hwy, Suite 300
3 San Rafael, CA 94903
Telephone: 415/444-5800
4 Facsimile: 415/444-5805

5 Attorneys for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | **CASE NO. CV-10-5687-EMC** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | ORDER RESETTING CMC |
| AMBROSIA PIZZA; SHOPS at MAGNOLIA LLC, a Nevada Limited Liability Company; SHOPS at MAGNOLIA II LLC, a California Limited Liability Company; and MARK DAVID LESLEY, an individual dba AMBROSIA PIZZA, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF INTEREST:

Notice is hereby given that the parties to the above-captioned matter have agreed to settlement terms which fully resolve the claims herein. The parties respectfully request that all matters currently on calendar be vacated. Dismissal documents will be filed with the Court no later than February 29, 2012

Dated: February 15, 2012

IT IS SO ORDERED that the further CMC is reset from 2/24/12 to 4/6/12 at 10:30 a.m.

_____
Edward M. Chen
U.S. District Judge

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
     Thomas E. Frankovich
Attorneys for CRAIG YATES, an individual

NOTICE OF SETTLEMENT                                   **CV-10-5687-EMC**