| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300<br>San Rafael, CA 94903 |
|   | Telephone: 415/674-8600 |
| 4 | Facsimile: 415/674-9900 |
| 5 | Attorneys for Plaintiff CRAIG YATES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, an individual,

    Plaintiff,

v.

AMBROSIA PIZZA; SHOPS at MAGNOLIA LLC, a Nevada Limited Liability Company; SHOPS at MAGNOLIA II LLC, a California Limited Liability Company; and MARK DAVID LESLEY, an individual dba AMBROSIA PIZZA,

    Defendants.

CASE NO. CV-10-5687-EMC

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

    The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: March 30, 2012

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
Thomas E. Frankovich
Attorney for CRAIG YATES, an individual,

Dated: 3/30, 2012

**Jeffery, Mangers, Butler & Marmora LP**

By: _____
Marty H. Orlick, Esq.
Attorneys for MARK DAVID LESLEY, an individual

///
///
///
///
///
///

1 | Dated: March 30, 2012

**Steyer, Lowenthal, Boodrookas, Alvarez & Smith LLP**

By: /s/ Dana Andreoli
Dana Andreoli, Esq
Attorneys for SHOPS at MAGNOLIA LLC, a Nevada Limited Liability Company; SHOPS at MAGNOLIA II LLC, a California Limited Company

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 4/3, 2012

_____ District
Honorable Magistrate Judge
UNITED STATE DISTRI[CT]

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen