THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>AMBROSIA PIZZA; SHOPS at MAGNOLIA LLC, a Nevada Limited Liability Company; SHOPS at MAGNOLIA II LLC, a California Limited Liability Company; and MARK DAVID LESLEY, an individual dba AMBROSIA PIZZA,<br><br>   Defendants. | CASE NO. CV-10-5687-EMC<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |

   The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: March 30, 2012            THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*


By: /s/ *Thomas E. Frankovich*
    Thomas E. Frankovich
    Attorney for CRAIG YATES, an individual,


Dated: 3/30, 2012                **Jeffery, Mangers, Butler & Marmora LP**


By: _____
    Marty H. Orlick, Esq.
    Attorneys for MARK DAVID LESLEY, an individual

///
///
///
///
///
///

1 | Dated: **March 30**, 2012

Steyer, Lowenthal, Boodrookas, Alvarez & Smith LLP

By: _/s/ Dana Andreoli_
**Dana Andreoli, Esq**
Attorneys for SHOPS at MAGNOLIA LLC, a Nevada Limited Liability Company; SHOPS at MAGNOLIA II LLC, a California Limited Company

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: **4/3**, 2012

_____ District
Honorable Magistrate Judge
UNITED STATE DISTRICT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*